IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |  |
|---|---|---|
| STEPHEN C. CROSSAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1219 |
| | ) | |
| COUNTY OF ARLINGTON MANAGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on Plaintiffs Samuel Shipkovitz (Shipkovitz) and Anthony Sabo's (Sabo) Motion to Disqualify Martin Yeager as Attorney for Stephen Crossan. It appearing to the Court that Plaintiffs Shipkovitz and Sabo have failed to show that Martin Yeager has a conflict of interest in the present litigation or that he should be disqualified for any other reason, it is hereby

ORDERED that Plaintiffs Shipkovitz and Sabo's Motion to Disqualify Martin Yeager as Attorney for Stephen Crossan is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 28, 2006